

# Fourth Court of Appeals
## San Antonio, Texas

January 2, 2019

No. 04-18-00875-CV

**IN RE D.J.J.** and R.Z.B., Children

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 16-10-00272-CVK
Honorable Melissa Uram-Degerolami, Judge Presiding

**ORDER**

This appeal is DISMISSED. Because appellant is indigent, no costs of this appeal are assessed.

It is so **ORDERED** on January 2, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of January, 2019.

_____
Keith E. Hottle, Clerk of Court